# THE MARKS LAW FIRM, P.C.

July 6, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/6/2021__

**Via: ECF**
Hon. Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007

## MEMORANDUM ENDORSED

RE:     **Graciela Doncouse v. Allerton Custom Framing, Inc. et al**
Docket: 1:21-cv-02681-GHW

Dear Judge Woods,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for July 8, 2021 at 3:00pm. Defendants were served through the secretary of state on April 20, 2021. To date, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved in the above referenced matter. Therefore, Plaintiff respectfully requests a thirty (30) day adjournment of the initial conference to make further attempts to contact Defendants or move for default. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

Application granted.  The conference set for July 8, 2021 is adjourned to August 6, 2021 at 4:30 p.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

Respectfully Submitted,

The Marks Law Firm, P.C.

SO ORDERED.

Dated:  July 6, 2021
New York, New York

GREGORY H. WOODS
United States District Judge

By:_____
Bradly G. Marks

54 W 40th Street, Suite 1131 New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com