# THE MARKS LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2021

August 3, 2021

**Via: ECF**
Hon. Gregory H. Woods
United States District Judge     **MEMORANDUM ENDORSED**
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007

**RE:**    **Graciela Doncouse v. Allerton Custom Framing, Inc. et al**
Docket: 1:21-cv-2681-GHW

Dear Judge Woods,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for August 6, 2021 and requests time to move for default. To date, Defendants have not contacted Plaintiff, appeared, answered or otherwise move despite Plaintiff's numerous attempts to establish contact. Therefore, Plaintiff requests thirty (30) days to move for default. This is the second request of its kind.

We thank you and the Court for its time and consideration on this matter.

Application granted. The conference scheduled for August 6, 2021 is adjourned sine die. The Court expects that any application for an order to show cause for default judgment will be filed no later than September 3, 2021.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.
SO ORDERED.
Dated: August 3, 2021
New York, New York

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
     Bradly G. Marks

GREGORY H. WOODS
United States District Judge

54 W 40th Street, Suite 1131 New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com