```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GRACIELA DONCOUSE,                                               :
                                                                 :
                                        Plaintiff,               :      1:21-cv-2681-GHW
                                                                 :
            -v -                                                 :      ORDER
                                                                 :
ALLERTON CUSTOM FRAMING, INC. and                                :
FELDS REALTY, LLC,                                               :
                                                                 :
                                        Defendants.              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/21

GREGORY H. WOODS, United States District Judge:

Plaintiff filed a memorandum of law in support of its proposed default judgment on September 2, 2021.  Dkt. No. 21.  Plaintiff's memorandum does not comply with the Court's Individual Rules of Practice in Civil Cases, available on the Court's website.

Plaintiff is ordered to file an amended memorandum of law that complies with the Court's individual rules, in particular the Court's default judgment procedures in paragraph 2(b) of Attachment A, by no later than September 10, 2021.

Plaintiff is ordered to serve a copy of this Order on Defendants.

SO ORDERED.

Dated: September 3, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge